UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

MICHAEL ELERY, on behalf of
himself and those similarly situated,

    Plaintiff,

v.

CASE NO.:1:15-CV-00738-TCB

ESTES HEATING & AIR CONDITIONING,
INC., a For-Profit Corporation, JOHN M.
WALDORF and JOEL HELLER, individually,

    Defendants.

_____/

## ORDER

Before the Court is the Parties' Joint Motion to Approve a settlement under the Fair Labor Standards Act [17]. This action is certified as a collective action under the Fair Labor Standards Act. The Court has reviewed the pleadings, all motions and papers filed, and the Parties' proposed settlement. The Court is satisfied that the settlement reached is fair and reasonable, providing appropriate compensation to Plaintiffs, notwithstanding the legal and factual arguments advanced by Defendants.

The Court hereby appoints Michael Elery as class representative. The Court appoints Andrew R. Frisch and C. Ryan Morgan of Morgan & Morgan, P.A. as lead class counsel.

The parties shall perform the notice process and all other duties described in the collective action settlement agreement executed between the parties, and each participating class member's claims administration form shall be filed on this Court's docket.

Class counsel will be awarded $63,000.00 for attorney's fees and costs. Michael Elery and Christopher Sweat each shall be awarded $2,000 in additional service awards for their contributions to making this resolution possible for the remaining putative class members.

Finally, the Court will retain jurisdiction to enforce the terms of the settlement agreement. The Parties' joint motion [17] is granted and the Clerk is directed to close this case.

IT IS SO ORDERED this 12th day of August, 2015.

_____
Timothy C. Batten, Sr.
United States District Judge